UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> SUNBELT MASONRY, INC., <br><br> Defendant. | Civil Action No. 05-2072 <br> Judge: James Robertson |

## DECLARATION IN SUPPORT OF
## SERVICE OF SUMMONS AND COMPLAINT

Pursuant to 28 U.S.C. § 1746, I, CLAUDETTE ELMES, hereby declare as follows:

1. I am a paralegal specialist with the firm of Dickstein Shapiro Morin & Oshinsky LLP and assist Ira R. Mitzner, counsel to the Plaintiffs, in the above-captioned case.

2. On November 1, 2005, service of the Summons and Complaint in this action was made upon Sunbelt masonry, Inc., by delivering said documents at 4300 SW 33rd Street, Oklahoma City, OK 73119 to Ross Hansen, authorized to accept service on behalf of Sunbelt Masonry, Inc.

3. Proof of such service is provided by the declaration of process server, Rogina Wright, attached hereto as Exhibit 1.

I declare under penalty of perjury that the foregoing is true and correct.

Date: November 22, 2005

_____
Claudette M. Elmes