**EXHIBIT 1**

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

JOHN FLYNN, et al.,

   Plaintiffs,

   V.

SUNBELT MASONRY, INC.,

   Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER  1:05CV02072

JUDGE: James Robertson

DECK TYPE: Labor/ERISA (non-employment)

DATE STAMP: 10/21/2005

TO: (Name and address of Defendant)

SUNBELT MASONRY, INC.
4300 SW 33rd Street
Oklahoma City, OK  73119

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Ira R. Mitzner, Esq.
Dickstein Shapiro Morin & Oshinsky LLP
2101 L Street, NW
Washington, DC  20037

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    OCT 2 1 2005
CLERK                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ * | DATE 11/01/05 at 2:47 pm |
| NAME OF SERVER (PRINT) Rogina Wright | TITLE Private Process Server |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: _____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

G  Other (specify): By serving Ross Hansen, Agent in Charge, authorized to accept. Service was completed at 4300 SW 33rd Street, Oklahoma City, Oklahoma 73119.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11-3-05         *Rogina Wright*
                Date          Signature of Server

CAPITOL PROCESS SERVICES
1827 18TH STREET, N.W.
WASHINGTON, D.C. 20009
Address of Server   (202) 667-0050

*Notice of Right to Consent to Trial Before a United States Magistrate Judge, Initial Electronic Case Filing Order and Exhibit A

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

2004   LS05101283

**Proof Of Service Affidavit**

Origin: USDC/DC                                              Case Number: 1:05CV02072

Plaintiff/In Re: JOHN FLYNN, et al.

Defendant(s): SUNBELT MASONRY, INC.

---

I, _____Gina Wright_____, being duly sworn, certify that I received the foregoing, to wit:

Summons/Complaint, Exhibit A, Notice of Right to Consent to Trial Before a United States Magistrate Judge and Initial Electronic Case Filing Order

For service upon: *SUNBELT MASONRY, INC.*

And that on __Nov 1, 2005__ at __2:47 pm__, I served the same on the above named by delivering copies of the same to: __ROSS HANSEN__, who identified himself / herself as a/the __Agent In Charge__ at an address of __4300 S.W. 33RD STREET, OKLAHOMA CITY, OK 73119__ which is identified as a

☐ residential address    ☒ business / employment address.

I completed the above service in the following manner:

☐ **PERSONAL SERVICE:** By delivering said process to the above named person(s).

☐ **RESIDENTIAL SERVICE:** By leaving a copy of said process for the above named, at their usual place of abode or dwelling, with an individual who identified himself / herself as a resident / family member fifteen years of age or older.

☐ **PERSONAL / RESIDENTIAL SERVICE:** By personally delievering a copy of said process to the above indicated person and, additionally, by leaving a copy for _____ with said individual who identified himself / herself as a resident / family member fifteen years of age or older.

☒ **CORPORATION / PARTNERSHIP / UNICORPORATED ASSOCIATION, ETC.:** By delivering a copy of said process for the above named enity, with the person indicated, as required by law.

☐ **POSTED SERVICE:** By affixing a copy of said process at the address indicated, which is believed to be in the possession of the above named individual / enity, in a conspicuous manner as required by law.

☐ **SERVICE BY MAIL:** By mailing a copy of said process to the above named at the address indicated as required by law in the following manner:
    ☐ First Class Mail    ☐ Certified Mail    ☐ Restricted Delivery    ☐ Return Receipt Requested

☐ **OTHER INFORMATION:**

---

Subscribed and sworn to before me this 3rd day of Nov, 2005 in Oklahoma County.

_Carla J. Horton_
Notary Public

[SEAL] CARLA J. HORTON
Oklahoma County
Notary Public In and for
State of Oklahoma
Commission # 04017768  Expires 11/26/06

Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Gina Wright_ PSS-04-5
Signature of Server                    PS #

**CAPITOL PROCESS SERVICES**
**1827 18TH STREET, N.W.**
**WASHINGTON, D.C. 20009**
**(202) 667-0050**