CO-538
Rev. 3/87

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOHN FLYNN, et al.,

      Plaintiffs   )
            )
        vs.     )   Civil Action No. 05 2072 (JR)
            )
            )
SUNBELT MASONRY, INC.,   )

      Defendant(s)

### AFFIDAVIT IN SUPPORT OF DEFAULT

   I hereby certify under penalty of perjury, this  23rd  day of  January, 2006 , that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s)
       SUNBELT MASONRY, INC.

was [were]:   [personally served with process on  November 1, 2005        ].
       OR

[served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee):

                      ].
       OR

[served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee):

                      ].

[The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is:

      29 U.S.C. Section 1132(e)(2)       ].

   I further certify under penalty of perjury that no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); [no extension has been given and the time for filing has expired] [although an extension has been given, the time for filing has expired]; that the defendant is neither an infant nor an incompetent person.

   The Clerk is requested to enter a Default against said defendant(s).

           _____
           Attorney for Plaintiff(s) [signature]
           Ira R. Mitzner
           Dickstein Shapiro Morin & Oshinsky LLP
           2101 L Street, NW, Washington DC 20037

  184564

Bar Id. Number          Address and Telephone Number  (202) 785-9700

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOHN FLYNN, *et al.*, | ) |
| | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 05-2072 (JR) |
| | ) |
| SUNBELT MASONRY, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## LOCAL RULE 7(K) STATEMENT

Pursuant to Local Rule 7(k), the following persons are entitled to be served with orders, judgments and stipulations:

Ira R. Mitzner, Esq.
Dickstein Shapiro Morin & Oshinsky LLP
2101 L Street, N.W.
Washington, D.C.  20037-1526
Telephone: (202) 828-2234
Facsimile:   (202) 887-0689

Steven K. Metcalf, Esq.
Doerner, Saunders, Daniel & Anderson
320 South Boston Avenue, Suite 500
Tulsa, OK  74103-3725
Telephone: (918) 591-5239
Facsimile:   (918) 591-5360