**EXHIBIT C**

Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOHN FLYNN, et al

_____
            Plaintiff(s)

v.

Civil Action No. 05-cv-02072-JR

SUNBELT MASONRY, INC.

_____
            Defendant(s)

RE: SUNBELT MASONRY, INC.

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on     November 1, 2005    , and an affidavit on behalf of the plaintiff having been filed, it is this 24th day of    January   , 2006 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____Laura Chipley_____
            Deputy Clerk