FILED

FEB 0 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., <br>      Plaintiffs, <br><br>     v. <br><br> SUNBELT MASONRY, INC., <br><br>      Defendant. | Civil Action No. 05-2072 (JR) |

## JUDGMENT

The Summons and Complaint in this action having been duly served on the above-named Defendant on November 1, 2005, and the time for said Defendant to appear and defend herein having expired, and Defendant not having filed an Answer, and the Clerk having entered default, and the Plaintiffs having filed a declaration of a total amount due of $133,523.18, and Plaintiffs having moved for entry of judgment by default in that amount, it is hereby

ORDERED, ADJUDGED, AND DECREED that the final judgment in favor of Plaintiffs and against Defendant is hereby granted and ordered entered as the judgment in this action as follows:

1. That Plaintiffs John Flynn, James Boland, Gerald O'Malley, Ken Lambert, Gerard Scarano, H.J. Bramlett, Eugene George, Paul Songer, Charles Velardo, Matthew Aquiline, Gregory R. Hess, Michael Schmerbeck, Vincent Delazzero and Ben

DSMDB.2036850.1

Capp, Jr., all of whom are Trustees of, and sue on behalf of, the Bricklayers & Trowel Trades International Pension Fund ("IPF"), 1776 Eye Street NW, 5th Floor, Washington, D.C. 20006, recover from Defendant, Sunbelt Masonry Inc., 4300 SW 33rd Street, Oklahoma City, OK 73119 the amount due of $133,523.18;

2. That Sunbelt Masonry, Inc. be directed to submit all monthly reports and contributions that may come due the Plaintiffs subsequent to the filing of this judgment;

3. That said judgment is without prejudice to the right of Plaintiffs to seek recovery of any past or future delinquencies, interest, damages and reasonable attorney's fees and costs that may be owing to the Plaintiffs from Sunbelt Masonry, Inc.; and

4. That Sunbelt Masonry, Inc. comply with its obligation to make timely and full contributions to the IPF.

ORDERED, ADJUDGED AND DECREED that Plaintiffs have execution therefor.

Dated: February 7, 2006

James Robertson
United States District Judge